The ASHBOURNE. (Circuit Court of Appeals, Second Circuit. March 12, 1903.) No. 133. Appeal from the District Court of the United States for the Southern District of New York. Pierre M. Brown, for appellant. Le Roy S. Gove, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Decree affirmed, with interest and costs. See (D. C.) 112 Fed. 687.

BATES v. AMERICAN BUILDING & LOAN ASS'N et al. REED et al. v. SOLOMONS et al. (Circuit Court of Appeals, Fifth Circuit. January 20, 1903.) No. 1,198. Appeal and Cross-Appeal from the Circuit Court of the United States for the Northern District of Georgia. C. J. Haden, for appellant. J. H. Porter, for appellees. H. B. Tompkins and Robt. C. Alston, for cross-appellants. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The opinions of Judge Newman (116 Fed. 676, 679), filed in this case seem to be well considered, and his conclusions correct, and we therefore affirm the decree appealed from. The costs of this court to be paid by the appellant and cross-appellant, one-half by each party.

BRAGG v. WRIGHT. (Circuit Court of Appeals, Seventh Circuit. March 1, 1902.) No. 832. In Error to the Circuit Court of the United States for the Eastern District of Wisconsin. Edward S. Bragg, for plaintiff in error. D. F. Cash, for defendant in error. Before JENKINS and GROSSCUP, Circuit Judges, and BUNN, District Judge.

PER CURIAM. This cause comes before us upon the same testimony that was presented when it was last here. Wright v. Bragg, 37 C. C. A. 574, 96 Fed. 729. It is urged that that judgment was erroneous, and that we should review our former decision and correct the supposed error. That decision, however, is the law of the case, and we are without authority, upon this appeal, to disturb that judgment. Supreme Lodge Knights of Pythias v. Lloyd, 46 C. C. A. 153, 107 Fed. 70; United States Life Ins. Co. of City of New York v. Cable, 39 C. C. A. 264, 98 Fed. 761. The judgment is affirmed.

In re BRUEN et al. (Circuit Court of Appeals, Second Circuit. February 4, 1903.) No. 101. Petition for Revision of Proceedings of the District Court of the United States for the Southern District of New York. Ralph E. Paine, for petitioner. Waldo G. Morse, for respondent. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges. Upon filing stipulation, appeal is dismissed.

CARLETON DRY GOODS CO. v. ROGERS. (Circuit Court of Appeals, Fifth Circuit. March 17, 1903.) No. 1,193. Appeal from the District Court of the United States for the Northern District of Texas. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. We find nothing in the reasons presented for a rehearing to make us doubt the correctness of the decision heretofore rendered (120 Fed. 14), and the rehearing is denied.